UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21384-CIV-MARTINEZ-BROWN

KHALILAH M. MENDEZ,

    Plaintiff,

vs.

MEDICAL ACCOUNTS SYSTEMS, INC., and
JORGE M. ABRIL,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice **(D.E. No. 4)**. It is:

**ADJUDGED** that this action is DISMISSED with prejudice. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record